IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| BILLIE COLEY PATTON | § | |
| Vs. | § | CIVIL ACTION NO. 6:05CV387 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

Came on for consideration the above-referenced civil action, this Court having heretofore ordered that this matter be referred to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore,

**ORDERED** that the Commissioner's denial of Plaintiff's applications for Social Security benefits is hereby **REVERSED** and **REMANDED** back to the Commissioner for further consideration consistent with the findings of this Court.

All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this 5th day of September, 2007.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE